## UNITED STATES of America, Plaintiff–Appellee,

v.

## Rolando RODRIGUEZ, MD, also known as Rolando Rodriguez–Samaniego, Defendant–Appellant.

No. 03–50598.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 30, 2004.

---

Joseph H. Gay, Jr, Assistant US Attorney, US Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Gary Joel Hill, El Paso, TX, for Defendant–Appellant.

Before KING, Chief Judge, EMILIO M. GARZA and BENAVIDES, Circuit Judges.

PER CURIAM.*

Rolando Rodriguez pleaded guilty to aiding and abetting the possession of marijuana with intent to distribute. Rodriguez's offense level was enhanced for obstruction of justice under U.S.S.G. § 3C1.1. Rodriguez appeals the two-level enhancement.

The district court's factual finding of obstruction of justice is plausible in light of the record as a whole. Thus, the obstruction finding was not clearly erroneous. *See United States. v. Huerta,* 182 F.3d 361, 364 (5th Cir.1999).

The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.